IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

A1 PROCUREMENT, LLC,

    Relator,

    v.

THERMCOR, INC;
WALTER L. DIXON;
RONALD L. DIXON
WILLIAM M. BOLEAN;
TIMOTHY BOLEAN;
DALE BARNES;
TLMG, LLC;
JOHN DOES 1-10,

    Defendants.

Civil Action No. 15-cv-00015
(Smith, J.)(Leonard, M.J.)

## **MOTION FOR DERRICK STORMS TO WITHDRAW AS COUNSEL**

1. Derrick Storms, Esq. is counsel for the Relator, A1 Procurement, LLC in this qui tam false claims act action.

2. Derrick Storms believes that the Defendants have turned the focus of this litigation into attacking Derrick Storms' character.

3. Derrick Storms feels that his ability to represent the Relator's and government's interest has been jeopardized by the Defendant's litigation tactics.

4. Derrick Storms respectfully requests to be relieved as counsel in this action.

1

Dated: December 18, 2015

                                              Respectfully submitted,

                                              /s/ Derrick Storms
                                              Derrick Storms, Esq.
                                              STORMS LAW, P.A.
                                              690 5th Ave.
                                              Brooklyn, New York 11215
                                              Tel: (917) 635-9675
                                              Email: storms001@hotmail.com
                                              * Admitted pro hac vice

                                              /s/ Erik Cox
                                              Erik Cox Esq. (VSB #46775)
                                              1440 Church St. N.W., Ste. 202
                                              Washington, D.C. 20005
                                              Tel: (202) 270-9113
                                              Fax: (202) 588-8921
                                              Email: erikcoxllc@gmail.com

                                            *Attorneys for Relator*

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Graham T. Jennings, Jr., Esq.
Virginia State Bar #18542
                                                  Attorney for Defendants
Graham T. Jennings, Jr., P.C.
P.O. Box 426
3810 Old Courthouse Tavern Lane
Powhatan, Virginia 23139
(804) 598-7912
(804) 591-0323 (Facsimile)
Email: powlaw@verizon.net


Barry C. Hodge, Esq.
Virginia State Bar #34886
                                                  Attorney for Defendants
Barry C. Hodge, Attorney and Counsellor at Law
P.O. Box 1249
3810 Courthouse Tavern Lane
Powhatan, Virginia 23139
(804) 598-0044
(877) 598-4668 (Facsimile)
Email: barrychodgeesq@verizon.net

Steven W. Fitschen, VSB # 44063
       Attorney for Defendants
The National Legal Foundation
2224 Virginia Beach Blvd., Ste. 204
Virginia Beach, VA 23454
Tel: (757) 463-6133
Fax: (757) 463-6055
nlf@nlf.net

Clare P. Wuerker, Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6361
Email: clare.wuerker@usdoj.gov

Susan Lynn Watt, Assistant United States Attorney

United States Attorney's Office
Eastern District of Virginia
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Email: susan.watt@usdoj.gov
Attorneys for United States

    And I hereby certify that that there are no non-filing users.

    /s/ Erik Cox
    Erik Cox, Esq. (VSB #46775)
      Attorney for Relator
    Erik Cox, LLC
    1440 Church St. N.W., Ste. 202
    Washington, D.C. 20005
    Tel: (202) 270-9113
    Fax: (202) 588-8921
    Email: erikcoxllc@gmail.com